IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,
ADC #93197                                                                                          PLAINTIFF

V.                              CASE NO.: 5:10CV00145-SWW-BD

L. FREE, et al.                                                                                    DEFENDANTS

RECOMMENDED DISPOSITION

I.   Procedures for Filing Objections

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. A copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

Mail your objections and request for a hearing to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**II.    Discussion**

On May 12, 2010, Plaintiff, an inmate at the Arkansas Department of Correction, brought this action pro se under 42 U.S.C. § 1983 and submitted an application for leave to proceed *in forma pauperis*. (Docket entries #1 and 2) Plaintiff claims that Defendants retaliated against him for filing previous lawsuits and discriminated against him because of his race. Plaintiff urges that his claims be considered an "emergency," but he does not state that he is under imminent danger of serious physical injury. Plaintiff also fails to include any facts regarding any alleged danger.

On May 13, 2010, the Court denied Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) because Plaintiff previously had filed at least three cases that were dismissed because the claims in those cases were frivolous, malicious, or failed to state a claim upon which relief could be granted.[1] See 28 U.S.C.A. § 1915. In the May 13 Order, Plaintiff was ordered to submit, within thirty days, the statutory filing fee of $350.00 in order to proceed in this case.

On May 25, 2010, Plaintiff appealed this Court's Order denying him *in forma pauperis* status. (Docket entry #7) On July 13, 2010, the United States Court of Appeals for the Eighth Circuit dismissed Mr. Williams's appeal based on lack of jurisdiction. The full $455.00 appellate filing fee was assessed against Mr. Williams.

---

[1] See *Williams v. Gibson*, 5:07cv00178 (dismissed August 13, 2007); *Williams v. Bennett*, 5:07cv00179 (dismissed August 17, 2007); and *Williams v. Smallwood*, 5:07cv00181 (dismissed September 13, 2007).

Plaintiff was notified that failure to comply with the Court's order could result in the dismissal of his case, without prejudice. Because Plaintiff has failed to submit this Court's filing fee of $350.00, his claims should be dismissed without prejudice due to his status as a "three-striker."

### III. Conclusion

Based upon Plaintiff's failure to comply with this Court's Order of May 13, 2010, the Court recommends that Plaintiff's claims be DISMISSED without prejudice.

DATED this 20th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE