**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                      **PLAINTIFF**

V.                        CASE NO.: 5:10CV00145-SWW-BD

**L. FREE, et al.**                                                                               **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Based upon Plaintiff's failure to comply with the Court's Order of May 13, 2010, Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED, this 4th day of August, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE