# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO.: 5:10CV00145-SWW-BD**

**L. FREE, et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of August, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE